

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SEF
F.#2011R01354

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 23, 2012

**BY Email and ECF**

Bernard Alan Seidler, Esq.
580 Broadway
New York, NY 10012

       Re:  United States v. David Olukayode Ojo
            Criminal Docket No. 11-570 (ARR)

Dear Mr. Seidler:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced matter. This disclosure supplements the government's earlier disclosures.

    Enclosed at Bates number 119 is a copy of the traffic ticket issued to your client by the New Jersey State Police.

    Please let me know if you have any questions or requests.

                                Very truly yours,

                                LORETTA E. LYNCH
                              United States Attorney

                   By:    /s/
                        Stephen E. Frank
                        Assistant U.S. Attorney
                        (718) 254-6143

Encl.
cc: Clerk of Court (ARR) (by ECF, w/o encl.)